UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP, for himself and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>BOULEY TEST KITCHEN 21 LLC,<br><br>Defendant. | 20 CV 02067 (ALC) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 4l(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendant.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Dated: New York, New York          Facsimile: (212) 229-2246
       July 22, 2020               **ATTORNEYS FOR PLAINTIFF**